**ORIGINAL**

**FILED**

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0474

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0474

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

BILL BRENT BOKMA,

    Defendant and Appellant.

**FILED**

SEP 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### ORDER

Bill Brent Bokma appears on his own behalf and moves this Court for dismissal of his appeal due to his medical condition and his concern about his criminal case number being changed on his paperwork.

Bokma appeals a July 28, 2023 Order revoking his previous sentence and imposing a sentence upon revocation for violations of his probation, issued in the Eighth Judicial District Court, Cascade County (Cause No. ADC-20-773). We point out that Bokma's Notice of Appeal had the incorrect cause number which the Clerk of the Supreme Court must correct in order to have the appropriate court record on appeal. Regardless of Bokma's filing, we conclude that he presents good cause for his voluntary dismissal of this appeal. Therefore,

IT IS ORDERED that Bokma's Motion to Dismiss Appeal is GRANTED and this this appeal is DISMISSED without prejudice.

The Clerk is directed to provide a copy of this Order to counsel of record and to Bill Brent Bokma personally.

DATED this 27 day of September, 2023.

For the Court,

By: _____
Chief Justice